# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JEFF DICKEY**                                                                           **PLAINTIFF**
**ADC #150908**

**v.**                               **CASE NO. 4:18-CV-00052 BSM**

**TIM RYALS,**
**Sheriff, Faulkner County, et al.**                                      **DEFENDANTS**

## **ORDER**

The proposed findings and recommendations [Doc. No. 3] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety, and plaintiff Jeff Dickey's complaint is dismissed without prejudice for failure to prosecute. It is further certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of March 2018.

                                                                         _____
                                                                   UNITED STATES DISTRICT JUDGE